**Order entered March 9, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00100-CV

**LAURA LOPEZ, INDIVIDUALLY, ON BEHALF OF HERNAN MURILLO, DECEASED, AND AS NEXT FRIEND OF ALFONSO MURILLO, MARCOS MURILLO, ABIGAIL MURILLO, AND KAREN MURILLO, Appellant**

**V.**

**SUNSTATE EQUIPMENT CO. LLC, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16959**

### ORDER

Before the Court is appellant's February 25, 2021 unopposed motion for leave to file an amended notice of appeal to include the severed trial court cause number that was assigned on February 17, 2021.[1]  We **GRANT** the motion. Appellant's amended notice of appeal was filed on February 25, 2021.

---

[1] Appellant filed her initial notice of appeal on February 11, 2021.

We **DIRECT** the Clerk of this Court to correct the trial court cause number in this appeal to DC-21-02079.

/s/     KEN MOLBERG
JUSTICE